```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2999
    E-mail:     lnord@mjmlaw.us
 5
    Attorneys for Plaintiffs
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE PIPE TRADES ) No. C 06-02290 MEJ
    DISTRICT COUNCIL NO. 36 HEALTH AND   )
12  WELFARE TRUST FUND; BOARD OF         ) NOTICE AND ORDER RE
    TRUSTEES OF THE PIPE TRADES DISTRICT ) DISMISSAL
13  COUNCIL NO. 36 PENSION TRUST FUND;   )
    BOARD OF TRUSTEES OF THE PIPE TRADES )
14  DISTRICT COUNCIL NO. 36 APPRENTICE   )  ORDER CLOSING FILE
    TRAINING TRUST FUND; BOARD OF        )
15  TRUSTEES OF THE CENTRAL CALIFORNIA   )
    PIPE TRADES INDUSTRY LABOR-          )
16  MANAGEMENT COOPERATION COMMITTEE     )
    TRUST FUND,                          )
17                                       )
                 Plaintiffs,             )
18                                       )
         v.                              )
19                                       )
    RAMCON COMPANY, INC., a California   )
20  Corporation,                         )
                                         )
21               Defendant.              )
    _____)
22

23

24

25

26

27

28


    NOTICE AND ORDER RE DISMISSAL - Case No. C 06-02290 MEJ                 Page 1
```

1  PLAINTIFFS HEREBY request that the above-entitled action be
2  dismissed pursuant to Rule 41(a)(1)(i) of the Federal Rules of
3  Civil Procedure.
4  Dated: May ____, 2006          McCARTHY, JOHNSON & MILLER
                                         LAW CORPORATION
5
6
                                  By:   __/s/  Lori A. Nord_____
7                                       LORI A. NORD
   The Clerk of Court shall close the file.   Attorneys for Plaintiffs
8
   SO ORDERED:
9
10         May 16, 2006
   Dated: _____      _____
11                                         JUDGE
                                  United States District Court
12

**IT IS SO ORDERED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DECLARATION OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the State of California.  I am over the age of eighteen years and not a party to the within matter.  My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service.  It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document(s) by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on May 15, 2006, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document(s) served:

**NOTICE AND ORDER RE DISMISSAL**

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on May 15, 2006.


By:   /s/  Diane Nakamura
            DIANE NAKAMURA


Mr. Mike Smith
Ramcon Co., Inc.
1659-C Industrial Road
San Carlos, CA   94070